UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAMON RODRIGUEZ and<br>LINDA RODRIGUEZ,<br>    Plaintiffs<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>    Defendant | C.A. No.: 09-11028 |

**ANSWER AND JURY DEMAND OF DEFENDANT,
SAMSUNG ELECTRONICS CO., LTD.**

NOW COMES the defendant, Samsung Electronics Co., Ltd. (hereinafter "the defendant), and responds to the plaintiffs' Complaint as follows:

### COUNT I

1. The defendant is without sufficient information with which to admit or deny the allegations contained in paragraph 1 of the Complaint, and calls upon the plaintiffs to prove the same.

2. The defendant is without sufficient information with which to admit or deny the allegations contained in paragraph 2 of the Complaint, and calls upon the plaintiffs to prove the same.

3. The defendant is without sufficient information with which to admit or deny the allegations contained in paragraph 3 of the Complaint, and calls upon the plaintiffs to prove the same.

4. The defendant admits that it is a foreign corporation with a principal place of business at 416, Maetan 3-Dong, Youngtong-Gu, Suwon-Si, Gyunggi-Do, Korea 447-742. The defendant denies that it has a principal place of business at San #16 Banwol-Dong, Hwasung City, Gyeonggi-Do, Korea, 455-701. The defendant declines to respond to the remaining

163967.2

allegations in paragraph 5 of the Complaint as these allegations seek conclusions of law to which no response is required; to the extent that these remaining allegations are deemed to contain factual allegations, which require responses of the defendant, the defendant denies the same.

5. The defendant declines to respond to paragraph 5 of the Complaint as the allegations contained therein seek conclusions of law to which no response is required. To the extent that this paragraph is deemed to contain factual allegations, which require responses of the defendant, the defendant denies the same.

6. The defendant admits that it owned the location identified in paragraph 4 of the Complaint. The defendant declines to respond to the remaining allegations in the first sentence of paragraph 6 of the Complaint as these allegations seek conclusions of law to which no response is required; to the extent that these remaining allegations are deemed to contain factual allegations, which require responses of the defendant, the defendant denies the same. The defendant is without sufficient information with which to admit or deny the allegations contained in the second sentence of paragraph 6 of the Complaint, and calls upon the plaintiffs to prove the same.

7. The defendant denies the allegations contained in paragraph 7 of the Complaint.

8. The defendant denies the allegations contained in paragraph 8 of the Complaint.

9. The defendant denies the allegations contained in paragraph 9 of the Complaint.

## **COUNT II**

10. The defendant repeats and incorporates by reference herein its answers to the preceding paragraphs of the Complaint.

11. The defendant denies the allegations contained in paragraph 11 of the Complaint.

163967.2

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

And further answering, the defendant states the Complaint must be dismissed due to lack of jurisdiction.

### SECOND AFFIRMATIVE DEFENSE

And further answering, the defendant states that the Complaint must be dismissed due to improper venue.

### THIRD AFFIRMATIVE DEFENSE

And further answering, the defendant states that the Complaint must be dismissed due to insufficient process.

### FOURTH AFFIRMATIVE DEFENSE

And further answering, the defendant states that the Complaint must be dismissed due to insufficient service of process.

### FIFTH AFFIRMATIVE DEFENSE

And further answering, the defendant states that the Complaint must be dismissed pursuant to Rule 12(b)(6) for failure to state a claim upon which relief may be granted.

### SIXTH AFFIRMATIVE DEFENSE

And further answering, the defendant states that the Complaint must be dismissed due to *forum non conveniens*.

### SEVENTH AFFIRMATIVE DEFENSE

And further answering, the defendant states that the Complaint must be dismissed for failure to commence action within the applicable statute of limitations.

### EIGHTH AFFIRMATIVE DEFENSE

And further answering, the defendant states the Complaint must be dismissed as the

defendant owed no duty to the plaintiff.

**NINTH AFFIRMATIVE DEFENSE**

And further answering, the defendant states that the Complaint must be dismissed as the defendant breached no duty to the plaintiff.

**TENTH AFFIRMATIVE DEFENSE**

And further answering, the defendant states that, if the plaintiffs sustained injuries or damages as alleged, which the defendant denies, such injuries or damages were caused by a person or entity whose conduct the defendant did not control and for whom the defendant is not legally responsible.

**ELEVENTH AFFIRMATIVE DEFENSE**

And further answering, the defendant states that the conduct of the defendant was not the proximate cause of any injury or damage sustained by the plaintiffs.

**TWELFTH AFFIRMATIVE DEFENSE**

And further answering, the defendant states that, to the extent that the plaintiffs suffered any damages, it was a result of a superseding and or intervening cause for which the defendant is not responsible.

**THIRTEENTH AFFIRMATIVE DEFENSE**

And further answering, the defendant states that the negligence of the plaintiff was greater than the alleged negligence of the defendant, and that such negligence of the plaintiff contributed to his alleged injury and, therefore, the plaintiffs are barred from recovery under M.G.L.c.231, § 85. In the alternative, the plaintiffs' recovery, if any, must be diminished in accordance with M.G.L. c. 231, § 85 by the proportion of negligence, which is attributable to the plaintiff.

163967.2

**FOURTEENTH AFFIRMATIVE DEFENSE**

And further answering, the defendant states that the plaintiffs' alleged damages are speculative and cannot be established with reasonable certainty.

**FIFTEENTH AFFIRMATIVE DEFENSE**

And further answering, the defendant states that the plaintiffs' claims are barred due to the failure to mitigate damages.

## JURY DEMAND

**THE DEFENDANT, SAMSUNG ELECTRONICS CO., LTD., HEREBY DEMANDS A TRIAL BY JURY.**

Defendant,

SAMSUNG ELECTRONICS CO., LTD.,

By its attorneys,

   /s/ Christopher P. Flanagan
Christopher P. Flanagan, BBO# 567075
Young B. Han, BBO# 664126
WILSON ELSER
260 Franklin Street – 14th Floor
Boston, MA 02110-3112
(617) 422-5300

Dated: July 10, 2009

## CERTIFICATE OF SERVICE

I, Christopher P. Flanagan, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those identified as non-participants on this 10th day of July, 2009.

   /s/  Christopher P. Flanagan
Christopher P. Flanagan

163967.2