UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

—————————————————————————

)

RAMON RODRIGUEZ And )
LINDA RODRIGUEZ, )

)

Plaintiffs, )

)

v. )    Civil Action No.: 1:09-cv-11028-NMG

)

SAMSUNG ELECTRONICS CO., LTD., )

)

Defendant. )

————————————————————— )

## <u>NOTICE OF SUBSTITUTION OF COUNSEL</u>

Pursuant to Local Rule 83.5.2(c), the Defendant, Samsung Electronics Co., Ltd. ("Samsung"), hereby gives notice as follows:

Christopher P. Flanagan, Esq. and Young B. Han, Esq. of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP hereby withdraw their appearances on behalf of Samsung in the above-captioned action.

Michael A. Fitzhugh, Esq. of the law firm of Fitzhugh & Mariani, LLP hereby enters his appearance on behalf of Samsung in the above-captioned action.


*/s/ Michael A. Fitzhugh*                             */s/ Christopher P. Flanagan*
Michael A. Fitzhugh, Esq. BBO# 169700         Christopher P. Flanagan, Esq. BBO# 567075
mfitzhugh@fitzhughlaw.com                       Christopher.Flanagan@WilsonElser.com
Sonia L. Skinner, Esq. BBO# 631858            Young B. Han, Esq. BBO# 664126
sskinner@fitzhughlaw.com                         WILSON ELSER
**FITZHUGH & MARIANI LLP**                      260 Franklin Street – 14th Floor
155 Federal Street, Suite 1700                     Boston, MA 02110-3112
Boston, MA 02110-1727                             (617) 422-5300
(617) 695-2330

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 17, 2010.

*/s/ Michael A. Fitzhugh*
Michael A. Fitzhugh, Esq.

2