UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

)
RAMON RODRIGUEZ AND                )
LINDA RODRIGUEZ,                    )
                                   )
    Plaintiffs,                     )
                                   )
    v.                              )    Civil Action No. 1:09-cv-11028-NMG
                                   )
SAMSUNG ELECTRONICS CO., LTD.,     )
                                   )
    Defendant.                      )
_____)

## STIPULATION ENLARGING THE TIME FOR
## SAMSUNG ELECTRONICS CO., LTD. TO DISCLOSE EXPERTS

The plaintiffs, Ramon Rodriguez and Linda Rodriguez ("Plaintiffs"), and the defendant, Samsung Electronics Co., Ltd. ("Samsung"), by and through their respective undersigned counsel hereby stipulate that Samsung shall have up to and including Friday September 21, 2012 to disclose its experts to the Plaintiffs. This stipulation will not interfere with the time set for completing discovery, for hearing a motion, or for trial. Fed.R.Civ.P. 29(b).

Respectfully submitted,

| RAMON RODRIGUEZ AND LINDA RODRIGUEZ, By their Attorney, | SAMSUNG ELECTRONICS CO., LTD., By its Attorneys, |
|---|---|
| /s/ Alan Cantor | /s/ Sonia L. Skinner |
| Alan Cantor, BBO No. 072360 | Michael A. Fitzhugh, BBO No. 169700 |
| acantor@swartzlaw.com | mfitzhugh@fitzhughlaw.com |
| Swartz & Swartz | Sonia L. Skinner, BBO No. 631858 |
| Ten Marshall Street | sskinner@fitzhughlaw.com |
| Boston, MA 02108 | **FITZHUGH & MARIANI LLP** |
| (617) 742-1900 | 155 Federal Street, Suite 1700 |
| | Boston, MA 02110 |
| | (617) 695-2330 |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 20, 2012.

/s/ Sonia L. Skinner
Sonia L. Skinner