UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RAMON RODRIGUEZ And LINDA RODRIGUEZ, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:09-cv-11028-NMG |
| SAMSUNG ELECTRONICS CO., LTD., | ) ) | |
| Defendant. | ) ) | |

## SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 30 days if settlement is not consummated.

By the Court,


 /s/ Christine M. Path_____
Christine Patch, Deputy Clerk

March 29, 2013

2

To: Counsel of Record:

| | |
|---|---|
| Michael A. Fitzhugh, BBO 169700<br>**Fitzhugh & Mariani LLP**<br>155 Federal Street, Suite 1700<br>Boston, MA 02110<br>617-695-2330<br>Attorney for defendant<br>Samsung Electronics Co., Inc. | Alan L. Cantor, BBO #072360<br>Joseph A. Swartz, BBO #489640<br>**Swartz & Swartz, P.C.**<br>10 Marshall Street<br>Boston, MA 02108<br>(617) 742-1900<br>Attorneys for the Plaintiffs |